USDC SCAN INDEX SHEET

















```
SWD    8/25/05    15:28
3:05-CR-01437   USA V. ZOLLINGER
*1*
*CRINFO.*
```

FILED

AUG 24 2005

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. '05 CR 1437 JM |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 18, U.S.C., Sec. 371 - Conspiracy |
| TYLER ZOLLINGER, | ) |
| Defendant. | ) |

The United States Attorney charges:

1. Beginning in at least December 1999, and continuing up to and including at least October 2003, within the Southern District of California, and elsewhere, defendant TYLER ZOLLINGER did knowingly and intentionally combine, conspire and agree with other persons to commit wire fraud by devising, intending to devise, and carrying out a material scheme to defraud and to obtain money from members of the public by means of materially false and fraudulent pretenses and representations, and omissions of material fact, and for the purpose of executing this fraudulent material scheme, to knowingly use, and cause to be used, interstate and foreign wire communications, in violation of Title 18, United States Code, Section 1343.

//

## METHOD AND MEANS

2. As a method and means of the conspiracy, defendant TYLER ZOLLINGER solicited investments from members of the public into the Pinnacle Capital Fund, a foreign currency trading fund managed by White Pine Trust Corporation ("White Pine"). Richard Robert Matthews, Jr., charged elsewhere, was White Pine's Managing Director, and Stephen Baere, charged elsewhere, was White Pine's Director of Business Development.

3. As a further method and means of the conspiracy, defendant TYLER ZOLLINGER solicited persons to invest money into the Pinnacle Capital Fund by making the following materially false, fraudulent, and misleading representations:

   a. that White Pine had been managing private assets through the Pinnacle Capital Fund since 1995; and

   b. that the Pinnacle Capital Fund had yielded profits on investments since 1995.

4. As a further method and means of the conspiracy, defendant TYLER ZOLLINGER intentionally concealed from investors the material fact that the Pinnacle Capital Fund did not even exist until at least late 1999.

5. As a further method and means of the conspiracy, Richard Robert Matthews, Jr., and Stephen Baere would and did solicit potential investors to invest money into the Pinnacle Capital Fund by placing the potential investors in telephone contact with defendant TYLER ZOLLINGER, who posed as "Tom Clausen," a purportedly satisfied customer of the Pinnacle Capital Fund.

6. As a further method and means of the conspiracy, defendant TYLER ZOLLINGER intentionally concealed from potential investors the

material fact that "Tom Clausen" was not a customer of the Pinnacle Capital Fund, but rather was a fictitious identity assumed by defendant TYLER ZOLLINGER for the purposes of encouraging investments into the Pinnacle Capital Fund.

## OVERT ACT

7.  In furtherance of the conspiracy, and to accomplish the objects thereof, the following overt act was committed within the Southern District of California: On or about January 29, 2003, defendant TYLER ZOLLINGER represented himself as "Tom Clausen" during a telephone call with Patrick O'Kane, an individual considering an investment into the Pinnacle Capital Fund at that time.

All in violation of Title 18, United States Code, Section 371.

DATED: August 18, 2005.

CAROL C. LAM
United States Attorney

William P. Cole
Assistant U.S. Attorney

3