















TKL    8/17/06    8:41
3:05-CR-01437    USA V. ZOLLINGER
*37*
*CRJCAMD.*

☐ AO 245B    (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

FILED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

06 AUG 16 PM 3:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| **v.** | (For Offenses Committed On or After November 1, 1987) |
| TYLER ZOLLINGER | Case Number: 05CR1437-JM |
| | THOMAS WARWICK, JR., |
| | Defendant's Attorney |

**REGISTRATION NO.**

[x]  CORRECTION TO RESTITUTION PAGE OF JUDGMENT (PAGE 5).

THE DEFENDANT:

[x]  pleaded guilty to count(s)    ONE OF THE INFORMATION.

[ ]  was found guilty on count(s)    _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 371 | CONSPIRACY TO COMMIT WIRE FRAUD | 1 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s)    _____

[ ]  Count(s)    _____    is [ ] are [ ] dismissed on the motion of the United States.

[x]  Assessment : $ 100

[x]  Fine waived    [ ] Property forfeited pursuant to order filed _____ , included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

APRIL 10, 2006
Date of Imposition of Sentence

HON. JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

Entered Date:

05CR1437-JM

AO 245B    (Rev. 9/00) Judgment in Criminal Case
             Sheet 2 — Imprisonment

Judgment — Page __2__ of __5__

DEFENDANT: TYLER ZOLLINGER
CASE NUMBER: 05CR1437-JM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

FOUR (04) MONTHS.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____    ☐ a.m.    ☐ p.m.    on _____ .

      as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☒ before    5-19-06 @ 3:00 PM OR TO THE COURT ON 5-22-06 @ 9:00 AM

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

05CR1437-JM

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __5__

DEFENDANT: TYLER ZOLLINGER
CASE NUMBER: 05CR1437-JM

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

THREE (03) YEARS.

# MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than ____4____ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court . The defendant shall also comply with any special conditions imposed.

# STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

05CR1437-JM

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

Judgment—Page ___4___ of ___5___

DEFENDANT: TYLER ZOLLINGER
CASE NUMBER: 05CR1437-JM

## SPECIAL CONDITIONS OF SUPERVISION

[x] Not possess any firearm, explosive device or other dangerous weapon.

[x] Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

[x] The defendant shall violate no laws, federal, state and local, minor traffic excepted.

[x] Notify the Collections Unit of the US Attorney's Office and the US Probation Office, before the transferring of any interest in property owned directly or indirectly by the defendant.

[ ] Not transport, harbor, or assist undocumented aliens.

[ ] Not associate knowingly with alien smugglers.

[ ] Not reenter the United States illegally.

[ ] Not enter the Republic of Mexico without written permission of the Court or probation officer.

[x] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[ ] Not possess any narcotic drug or controlled substance without a lawful medical prescription.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[ ] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

[x] Not engage in employment involving fiduciary responsibilities or the solicitation of funds from investors or financial institutions without the prior approval of the probation officer.

[x] Cooperate with the Internal Revenue Service in the filing of required tax returns and/or corrected tax returns, as required by law.

[x] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[x] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[x] Not drive unless licensed and insured as required by the state in which he resides.

[ ]

[ ] Complete _____ hours of community service in a program approved by the probation officer within

[ ] Reside in a Community Corrections Center (CCC) as directed by the probation officer for a period of

[ ] Reside in a Community Corrections Center (CCC) as directed by the Bureau of Prisons for a period of commencing upon release from imprisonment.

[x] Notify the Collections Unit of the US Attorney's Office, and the US Probation Office, of any interest in property obtained, directly, or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership or corporation, until any fine

[x] or restitution ordered is paid in full.

[x] Comply with the conditions of the Home Confinement Program for a period of  4  months and remain at your residence except for activities or employment as approved by the court or probation officer. Wear an an electronic monitoring device and follow procedures specified by the probation officer. Pay the total cost of electronic monitoring services, or a portion if deemed appropriate by the probation officer.

[x] Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

JUDGMENT PAGE __5__ OF __5__

DEFENDANT: TYLER ZOLLINGER
CASE NUMBER: 05-CR-1437-JM

RESTITUTION    (Page 1 of 23)

IT IS ORDERED that the defendant shall pay restitution in the amount of
$119,000, through the Clerk, U.S. District Court, to the victims listed
below, payable forthwith. Distribution to the victims is to be on a pro rata
basis.

This restitution liability is joint and several to the restitution liability of Richard
Robert Matthews, Jr., as sentenced in case 04-CR-3162, and Stephen Baere,
as sentenced in case 05-CR-0874.

| NAME/ADDRESS OF PAYEE | AMOUNT |
|---|---|
| ALAN D. FARRAR | 9,282.72 |
| CASSELBERRY, FL 32707 | |
| ALBERT L. HUFF | 75,000.00 |
| SOQUEL, CA 95073 | |
| ALVIN & MELVA GARRAWAY | 25,000.00 |
| HENDERSON, NV 89074 | |
| ANDREW L. MYERS JR AND VICKI L. MYERS | 25,000.00 |
| TEMECULA, CA 92591 | |
| ANDREW L. MYERS JR. | 33,801.04 |
| TEMECULA, CA 92591 | |

| | |
|---|---|
| ANDREW STEVE PAPPAS | 20,000.00 |
| CHARLOTTE, NC 28211 | |
| ANDY R. ANDRESON | 20,000.00 |
| SEATTLE, WA 98105 | |
| ANGIE L. ANDRESON | 25,000.00 |
| SEATTLE, WA 98107 | |
| ANNEMARIE WAECHTER | 64,426.23 |
| CATHEDRAL CITY, CA 92234 | |
| ANTHONY DAVID MASSA SR. | 10,000.00 |
| PLEASANTON, CA 94588 | |
| ARTHUR F. MOHL | 131,248.79 |
| RICHTON PARK, IL 60471 | |
| ARTHUR F. MOHL, JR. | 205,528.04 |
| MATTESON, IL 60443 | |
| ARTHUR R. ALLEN | 203,432.27 |
| METAIRIE, LA 70003 | |
| ATHEN Y. HONG | 45,393.37 |
| CUPERTINO, CA 95014 | |

(Page 2 of 23)

05CR1437-JM

BARBARA G BURRIS                          20,961.43

KANOSH, UT 84637


BERTIL ENSTROM                            26,932.19

MORAGA, CA 94556


CAROL G. KETOLA                           25,000.00

BARAGA, MI 49908


CAROL M. MONTGOMERY                       56,180.34

SAN FRANCISCO, CA 94114


CHARLES L. STELLBERGER                    75,000.00

CRESTED BUTTE, CO 81224


CHARLES PACE                              50,000.00

TUCSON, AZ 85742


CHARLES SUDBERRY                          35,000.00

MURFREESBORO, TN 37130


CHESTER & MARILYN HARTER                  25,000.00

GROVER BEACH, CA 93433


CHRIST H. HEIPP                           20,000.00

MANTUA, OH 44255

CHRISTOPHER CHOW                          25,000.00

REDWOOD CITY, CA 94065


CHRISTOPHER SMITH                         25,000.00

SAN ANSELMO, CA 94960


CLAUDIA WALTERS                           23,204.47

SAN DIEGO, CA 92130


DAN DOWLING                               575,000.00

DAVIS, CA 95617


DANIEL C. MCNETT                          34,554.00

SEATTLE, WA 98126


DANIEL R. BOHLMANN                        74,335.40

BERMUDA DUNES, CA  92203-8154


DAVID & DIANE SETTERHOLM                  50,000.00

ISSAQUAH, WA 98027


DAVID BARTLEBAUGH                         50,000.00

WATERLOO, IL 62298


DAVID DERBY                               80,000.00

LITTLETON, CO 80125-9047


(Page 4 of 23)
05CR1437.JM

DAVID W. SOMERO                                         100,000.00

IPSWICH, NH 03071


DEWAYNE & CATHY LEE                                     100,000.00

AMARILLO, TX 79109


DOMENIC FANDETTI                                        25,000.00

SAN DIEGO, CA 92130


DOMINIC J & ELAINE F DAMORE                             29,000.00

SHIPPENSBURG, PA 17257


DON J . ONG & ELLEN ONG                                 45,000.00

RANCHO PALOS VERDES, CA 90275


DON P. WILLIAMS                                         20,000.00

HUNTSVILLE, AL 35811


DONALD KARL KINELL                                      20,000.00

LOS ALTOS, CA 94022

——

DONALD L. COOKE                                         121,315.59

SCOTTSDALE, AZ 85262


DOUGLAS NIELD                                           53,000.00

HIGHLANDS RANCH, CO 80129

(Page 5 of 23)

05CR1437-JM

DR. JOHN W. BUELL                          25,000.00

CATHEDRAL CITY, CA 92234


DR. MANECK S. WADIA                        295,000.00

DEL MAR, CA 92014-2435


DREW E. O'KANE & PATRICK A.                20,000.00
O'KANE

EL CERRITO, CA 94530


EARL DEGNER                                34,000.00

LAS VEGAS, NV 89146


EARL W. AND EVELYN G. CONNELL              200,000.00

LA QUINTA, CA 92253


EDWARD AND JANET DRAPER                    33,000.00

KENNESAW, GA 30144


EDWARD BURRIS                              25,000.00

DUNWOODY, GA 30338


ELLIOTT NORRIS                             30,000.00

IRVINE, CA 92612


ERIC & TANYA WONG                          5,000.00

CORONA, CA  92878


(Page 6 of 23)

05CR1437·JM

| | |
|---|---|
| ERIC C & JUDITH A DISBROW | 50,000.00 |
| CAMERON, CA 95682 | |
| EUGENE AND TAMRA BLAKE | 169,000.00 |
| DOVER, KS 66420-0008 | |
| EUGENE N. KOSELKE | 75,000.00 |
| CAMANO ISLAND, WA 98282-7279 | |
| FRANCIS XAVIER STANTON`, JR. | 60,000.00 |
| LA JOLLA, CA 92037 | |
| FREDERICK E. & MARJORIE C. GEISERT | 33,000.00 |
| BAINBRIDGE ISLAND, WA 98110 | |
| GAIL T. HUFF | 90,415.72 |
| SOQUEL, CA 95073 | |
| GARY E. & COLETTE H. SULLIVAN | 50,000.00 |
| MODESTO, CA 95356 | |
| GEORGE & MARGARET PATTERSON | 1,000,000.00 |
| ESCONDIDO, CA 92029 | |

(Page 7 of 23)

05CR1437·JM

| | |
|---|---|
| GERALD T. MATTOX | 20,000.00 |
| NALCREST, FL 33856 | |
| GERHARD & ANNEMARIE WAECHTER | 61,365.36 |
| BLAINE, WA 98230 | |
| GEROLD BARE | 108,655.30 |
| COUNCIL BLUFFS, IA 51501-7464 | |
| GILBERT JAVIER | 50,000.00 |
| REDMOND, WA 98052 | |
| GISELA RIVERA | 53,639.03 |
| CARLSBAD, CA 92009 | |
| GORDON L.K. WONG | 71,000.00 |
| LOS ANGELES, CA 90027 | |
| GRANT & CLAUDIA WALTERS | 45,000.00 |
| SAN DIEGO, CA 92130 | |
| GRETCHEN L. KEITHLY | 100,000.00 |
| SAMMAMISH, WA 98075 | |
| HANS HINGST | 49,881.29 |
| SEATTLE, WA 98116 | |

(Page 8 of 23)

05CR1437·JM

| | |
|---|---|
| HARRY ROBERTS | 20,000.00 |
| ELKTON, MD 21921-8164 | |
| HEIDI HOLLAWAY | 56,600.00 |
| RICHTON, IL 60473 | |
| I & D MARSDEN NOMINEE TRUST | 150,000.00 |
| VENICE, FL 34285-6922 | |
| IRWIN SAMELMAN | 500,000.00 |
| LAS VEGAS, NV 89113 | |
| JACK L. HAYDEN | 30,000.00 |
| HUNTINGTON BEACH, CA 92649-1939 | |
| JAMES & ALICE FITZPATRICK | 34,500.00 |
| LAS VEGAS, CA 89128 | |
| JAMES A. LIBBY | 25,000.00 |
| BLOOMINGTON, MN 55438 | |
| JAMES CLARK | 25,000.00 |
| DAYTON, OH 45419 | |

(Page 9 of 23)

05CR1437-JM

| | |
|---|---|
| JAMES G. BULGRIN AND SUSAN L. BULGRIN | 218,660.16 |
| SURPRISE, AZ 85374 | |
| JAMES L. KING | 100,000.00 |
| BELLEVUE, MI 49021 | |
| JAMES LYLE | 25,000.00 |
| FALLBROOK, CA 92028 | |
| JASON COULTHARD | 45,155.99 |
| TUCSON, AZ 85743 | |
| JEFF AKRISH | 237.50 |
| REDMOND, WA 98052 | |
| JEN DER & ATHEN HONG | 35,000.00 |
| CUPERTINO, CA 95014 | |
| JEROME & SHARON SHAFFER | 100,000.00 |
| FT. LAUDERDALE, FL 33308 | |
| JERRY & SUSAN LUNDLI | 90,000.00 |
| SHORELINE, WA 98177 | |
| JOANNE MARUSZEWSKI | 30,000.00 |
| PALM DESERT, CA 92211 | |

(Page 10 of 23)

05CR1437·JM

| | |
|---|---|
| JOEL & PEGGY QUARTEMONT<br>FAIRFIELD, CA 94533-1166 | 213,165.00 |
| JOHN & KATHRYN ARMSTRONG<br>PALO ALTO, CA 94303 | 25,000.00 |
| JOHN BARZAN<br>MODESTO, CA 95350 | 50,000.00 |
| JOHN GORDON<br>SAN FRANCISCO, CA 94114-2921 | 30,000.00 |
| JOHN J. KUCERA<br>RIVERTON, UT 84065 | 30,000.00 |
| JOHN SILVER<br>SAN RAFEAL, CA 94901 | 30,000.00 |
| JOHN TAYLOR<br>SAN RAMON, CA 94583 | 35,000.00 |
| JON LA POINTE OR DOROTHY LA POINTE<br>CEDARBURG, WI 53012 | 50,000.00 |
| JOSEPH AND BEVERLY CALDWELL<br>SITKA, ALASKA 99835 | 50,000.00 |

(Page 11 of 23)

05CR1437-JM

| | |
|---|---|
| JOSEPH W. GRIFFIN | 75,000.00 |
| NEW YORK, NY 10128 | |
| JUDITH RICKMAN | 14,894.00 |
| KANSAS, MO 64117 | |
| JULIE A. YOUNG | 10,000.00 |
| MOUNT PLEASANT, SC 29466 | |
| KARL GONG | 35,000.00 |
| SAN JOSE, CA 95120 | |
| KATHLEEN M. & L. DAVE CUNNINGHAM | 22,500.00 |
| WALNUT CREEK, CA 94598 | |
| KATHLEEN M. CUNNINGHAM | 6,490.00 |
| WALNUT CREEK, CA 94598 | |
| KEITH BURRIS | 245,642.48 |
| KANOSH, UT 84637 | |
| KELSEY & TRISH HUNTER | 152,781.43 |
| EPHRATA, WA 98823 | |
| KENNETH E. FERGUSON | 100,000.00 |
| THIENSVILLE, WI 53092 | |

(Page 12 of 23)
05CR1437·JM

| | |
|---|---|
| KEVIN JOHN | 40,000.00 |
| LAKE FOREST, CA 92609 | |
| L. DAVE CUNNINGHAM | 6,990.00 |
| WALNUT CREEK, CA 94598 | |
| LANSDON WIEGAND | 19,400.40 |
| OAKLAND, CA 94608 | |
| LARRY & DIANA BENJAMIN | 44,875.01 |
| SHERMAN OAKS, CA 91403 | |
| LAWRENCE ZWEIG | 25,000.00 |
| SCOTTSDALE, AZ 85258 | |
| LEILA J BARZAN & RICHARD D BARZAN | 25,000.00 |
| OAKDALE, CA 95361 | |
| LEO L. NIEMELA | 25,000.00 |
| BARAGA, MI 49908 | |
| LINDA COULSTON | 3,494.26 |
| PARADISE VALLEY, AZ 85253 | |
| LOTUS PARTNERS, LLC, NORMAN HIGO | 25,000.00 |
| RENO, NV 89505 | |

LOWELL E. SCHULZ                           23,072.20

CHAPIN, SC 29036


LYN BLAKLEY GRANT                          25,000.00

PHOENIX, AZ 85018


MADY SCHUBARTH                            40,000.00

ORINDA, CA 94563-2702


MARCIA A. ANDERSON                        99,015.76

SACRAMENTO, CA 95831

MARK DOREN CRANE                          45,000.00

SAN FRANCISCO, CA 94131


MARTIN & JOYCE NASH                       325,000.00

LA JOLLA, CA 92037


MARVIN IMBER                              25,000.00

WEST BLOOMFIELD, MI 48322


MARVYN & JOYCE ANDRESON                   200,000.00

COULEE CITY, WA 99115


MARY A. GREENE                            212,500.00

JAMESTOWN, PA 16134


(Page 14 of 23)

05CR1437·JM

| | |
|---|---|
| MELVIN E. HATHAWAY, JR.<br>COLORADO SPRINGS, CO 80917 | 25,000.00 |
| MERWAN S. IRANI<br>EL CAJON, CA 92020 | 25,000.00 |
| MICHAEL KOREK<br>LOS ALTOS, CA 94022 | 500,000.00 |
| MITCHELL LEVITTS<br>TUCSON, AZ 85747 | 40,000.00 |
| JAMES AND EMMA BARBER<br>BELLEVUE, WA 98006 | 47,132.51 |
| ROBERT L. AND MARILYN R.<br>WINTERS<br>DESERT HOT SPRINGS, CA 92240 | 100,000.00 |
| R. LEWIS & RUTH M. JOHNSON<br>MOUNTAIN VIEW, CA 94040 | 40,000.00 |
| MR. & MRS. TSUTOMU & YOKO<br>SASAKI<br>SEATTLE, WA 98121 | 50,000.00 |
| MR. CLINTON E. VOGUS<br>JONESBORO, AR 72404 | 378,481.00 |

(Page 15 of 23)

05CR1437-JM

MR. DAVID HOLZMAN                                    55,000.00

OAKLAND, CA 94611


MR. JEFFERY PRINDLE                                 25,000.00

MARICOPA, AZ 85239


MR. ROBERT L. BUTLER                                95,000.00

CHAPIN, SC 29036


MURRAY COOPER                                       30,000.00

CASTRO VALLEY, CA 94546


NELSON G. FREEMAN                                  318,000.00

HIGHLANDS RANCH, CO 80129


NORMAN RODER                                       301,000.00

CHESTERFIELD, MO 63017


PATRICK A. & LOIS E. O'KANE                         20,000.00

EL CERRITO, CA 94530


PATRICK O'CONNOR                                    30,000.00

LIVERMORE, CA 94550


PAUL & VICKIE MORALEZ                              141,500.00

WINCHESTER, CA 92596


(Page 16 of 23)

05CR1437·JM

| | |
|---|---|
| PAUL NOBBE | 50,000.00 |
| WATERLOO, IL 92298 | |
| PETER RICHARD HENNING & MAXINE S. HENNING | 25,000.00 |
| BELLEVUE, WA 98004 | |
| PHILIP A. BERNSTEIN | 125,000.00 |
| BELLEVUE, WA 98006 | |
| PHILIP A. BERNSTEIN & LUISA RECALCATI | 125,000.00 |
| BELLEVUE, WA 98006 | |
| PHILIP WIEGAND | 116,602.04 |
| OAKLAND, CA 94608 | |
| PHILLIP TAN | 45,000.00 |
| DALY CITY, CA 94015 | |
| RANDALL & PAMELA MEIER | 25,000.00 |
| ALACHUA, FL 32616 | |
| RANDALL MEIER | 25,000.00 |
| ALACHUA, FL 32616 | |

(Page 17 of 23)

05CR1437·JM

| | |
|---|---|
| RANDY ZELOV | 42,558.13 |
| APEX, NC 27539 | |
| RAY SANDBERG | 200,000.00 |
| MORAGA, CA 94556 | |
| RAYNOLD & EDLA LEPOLA | 25,000.00 |
| MARQUETTE, MI 49855 | |
| RICHARD D. TAIT | 50,000.00 |
| MERCER ISLAND, WA 98040-3034 | |
| RICHARD KLEIN | 50,000.00 |
| HOUSTON, TX 77024 | |
| RICHARD LOUCKS | 50,000.00 |
| PULLMAN, WA 99163 | |
| RICHARD W. COULSTON | 170,261.29 |
| PARADISE VALLEY, AZ 85253 | |
| RICK & CANDY COLLI | 25,000.00 |
| FLORENCE, OR 97439 | |
| ROBERT & LILY LEE LIVING TRUST | 50,000.00 |
| SAN FRANCISCO, CA 94105 | |

(Page 18 of 23)

05CR1437-JM

ROBERT KELLER                                      50,000.00

SAN DIEGO, CA 92106


ROBERT L. OSBORNE                                  25,094.47

WINTER SPRINGS, FL 32708


ROGER E. AND M. ELLEN                              95,893.03
POUNDSTONE

PHOENIX, AZ 85022


ROGER K. HONG & JEN DER HONG                       30,000.00

CUPERTINO, CA 95014


ROGER NOORTHOEK                                    25,000.00

MARINA DEL REY, CA 90292


SANDRA KINGERY                                     25,000.00

HONOLULU, HI 96821


SCR ENTERPRISE, INC., RICK                         87,000.00
METCALIFE

PHOENIX, AZ 85044


SHARON KAY VOGUS                                   100,000.00

JONESBORO, AR 72404


SHUANG HUO &TRUDY YU-HONG                          50,000.00
HUO

MILPITAS, CA 95035

(Page 19 of 23)

05CR1437·JM

| | |
|---|---|
| STANLEY & CAROLYN GRAVES | 45,000.00 |
| SEATTLE, WA 98155 | |
| STANLEY & ERICA ZACK | 80,000.00 |
| RANCHO SANTA FE, CA 92091 | |
| STANLEY COULTHARD | 200,000.00 |
| TUCSON, AZ 85718 | |
| SUSAN BULGRIN | 27,515.64 |
| SURPRISE, AZ 85374 | |
| T & C MANAGEMENT AND INVESTMENT LTD CORPORATION - DR. SHUANG HUO | 20,000.00 |
| MILPITAS, CA 95036 | |
| TATIANA ALBERTOVNA KOCHKINA | 50,000.00 |
| MOSCOW RUSSIA 117279 | |
| THE BURRIS FAMILY TRUST DATED JANUARY 29, 1993, ATTN: KEITH & BARBARA BURRIS | 87,000.00 |
| KANOSH, UT 84637 | |
| THE DAVID WILL SOMERO REVOCABLE GRANTOR TRUST | 110,000.00 |
| HOUGHTON, MI 48931 | |

(Page 20 of 23)

05CR1437·JM

| | |
|---|---|
| THE GERALD D. CAMPBELL REVOCABLE TRUST | 25,000.00 |
| PINE GROVE, CA 95665 | |
| THE REMINGTON FAMILY TRUST, LOWELLE & ALLENE REMINGTON | 45,000.00 |
| SALT LAKE CITY, UT 84121-2516 | |
| THEODORE F. & GEORGIA M. SCHWANDT | 30,000.00 |
| SHOREVIEW, MN 55126-4784 | |
| THEODORE S. OCKELS | 25,000.00 |
| LAFAYETTE, CA 94549-3335 | |
| THERESA M. SCHULZ | 28,613.62 |
| CHAPIN, SC 29036 | |
| THOMAS AND FRANCES REYES | 25,000.00 |
| UPLAND, CA 91786 | |
| THOMAS G. BUNTING | 45,000.00 |
| OCEANSIDE, CA 92054 | |
| TIMOTHY J. WANG | 237.50 |
| SAN FRANCISCO, CA 94121 | |

(Page 21 of 23)
05CR 1437. JM

| | |
|---|---|
| TOM P. GAMWELL | 110,000.00 |
| BARTLESVILLE, OK 74003 | |
| VAN C. STEVERSON | 39,163.76 |
| FOUNTAIN VALLEY, CA 92708 | |
| VICTOR & MARY ZIUZIN | 25,000.00 |
| BELLEVUE, WA 98004 | |
| VINCENT A. & NANCY L. SPAVALE | 25,000.00 |
| SCOTTSDALE, AZ 85258 | |
| VIRGINIA SANDBERG | 25,000.00 |
| MORAGA, CA 94556 | |
| WALTER & KUNIKO DIPP | 75,000.00 |
| LA MESA, CA 91941 | |
| WALTER OGLE | 25,000.00 |
| JUNO BEACH, FL 33408 | |
| WELDON G. FROST TRUSTEE | 25,000.00 |
| LONGBOAT KEY, FL 34228 | |
| WENDY SAMELMAN | 50,000.00 |
| LAS VEGAS, NV 89113 | |

(Page 22 of 23)

05CR1437-JM

| | |
|---|---|
| WILLIAM & WOODIE JOERINE SELLERS | 45,000.00 |
| SALADO, TX 76571 | |
| WILLIAM A. KRAUSE TRUSTEE OF THE KRAUSE FAMILY TRUST DTD 9/03/93 | 25,000.00 |
| LA QUINTA, CA 92247 | |
| WILLIAM HAMMERBECK | 30,000.00 |
| WARREN, OR 97053 | |
| WILLIAM J. CRIQUI | 25,000.00 |
| WESLEY CHAPEL, FL 33544 | |
| WILLIAM R. & ADELE Y WALSH | 100,000.00 |
| WEST MILWAUKEE, WI 53214-3648 | |
| WILLIAM W. VAN WAY | 50,000.00 |
| SAN FRANCISCO, CA 94109-3101 | |
| WING Y. AND MARGARET CHIN JT TEN | 30,000.00 |
| ORLANDO, FL 32809-6735 | |
| YVONNE E. WILSON | 10,000.00 |
| ORLANDO, FL 32807 | |

(Page 23 of 23)
05CR1437.JM